THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| The United States of America,<br><br>            Plaintiff<br><br>     v.<br><br>LAKHWINDER SINGH JOHAL<br><br>            Defendant. | NO. CR05-334RSL<br><br>ORDER EXTENDING MOTIONS<br>DEADLINE TO DECEMBER 26, 2012 |

THIS MATTER came before the Court as a stipulated motion filed December 14, 2012.  A short continuance of the motions deadline is warranted in order to permit the parties to review of the large volume of discovery in this matter and to permit the parties to continue the on-going discussions about settlement of the case.  Therefore, the deadline for pre-trial motions is hereby extended to Wednesday, December 26, 2012.  In all other aspects, the Case Management Order (Docket #263) is unchanged.

DATED this 18th day of December 2012.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER EXTENDING
 MOTIONS DEADLINE. - 1